UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF TIVERSA HOLDING COMPANY, INC. OR TIVERSA, INC. OR TIVERSA HOLDING CORP. OR ROBERT BOBACK** | **Miscellaneous Action No. 18-521**<br><br>**Judge Cathy Bisoon** |

## STIPULATED ORDER OF DISMISSAL

Upon consideration of the Joint Motion for a Stipulated Order of Dismissal (Doc. 10), filed on July 20, 2018, it is hereby **ORDERED** that the government provide to the Court a redacted copy of the February 29, 2016 Affidavit in Support of an Application Under Rule 41 for a Warrant to Search and Seize, with the redactions set forth in the July 20, 2018 Joint Motion for a Stipulated Order of Dismissal, within 5 business days;

It is further **ORDERED** that in Case No. 16-mj-180, upon receipt of the redacted copy of the February 29, 2016, Affidavit in Support of an Application Under Rule 41 for a Warrant to Search and Seize, the Court shall unseal the following:

(1) the Rule 41 Search and Seizure Warrant issued on February 29, 2016, along with the redacted Affidavit in Support of an Application Under Rule 41 for a Warrant to Search and Seize, motion to seal, and the related return; and

(2) the Rule 41 Search and Seizure Warrant issued on March 1, 2016, along with the accompanying Affidavit in Support of an Application Under Rule 41 for a Warrant to Search and Seize, motion to seal, and the related return – with the same redactions to the February 29, 2016, Affidavit in Support of an Application Under Rule 41 for a Warrant to Search and Seize, which was attached as Exhibit 1 to the March 1, 2016 Affidavit in Support of An Application Under Rule 41 for a Warrant to Search and Seize; and

It is further **ORDERED** that the May 15, 2018 Application for Public Access to Certain

Sealed Court Records (Doc. 1) be, and hereby is, **DISMISSED** as moot.

July, 23 2018

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):
All Counsel of Record